Plaintiff's Name: David L. Barr
CDC No: H-69204
Address: Pleasant Valley State Prison
P.O. Box 8501
Coalinga, California 93210
In Pro Se

E-filing FILED FILED
08 MAY -6 PM 4:19
APR 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
C. ESTEVES
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CV 08 2342 MHP

David L. Barr                    Petitioner )   APPLICATION TO PROCEED
                                 ~~Plaintiff~~ )   IN FORMA PAUPERIS
vs.                                          )   BY A PRISONER
                                             )
                                             )   CASE NUMBER:
James Yates et al,    ~~Defendant(s)~~ )
                      Respondents )   1: 08 CV 00533 OWW GSA HC
                                                                    (PR)

I, David L. Barr, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ✗ Yes __ No (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. Pleasant Valley State Prison

• Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)? __ Yes ✗ No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment: __ Yes ✗ No

   b. Rent payments, interest or dividends:           __ Yes ✗ No

   c. Pensions, annuities or life insurance payments: __ Yes ✗ No

    d.    Disability or workers compensation payments:    ___ Yes    _X_ No

    e.    Gifts or inheritances:    ___ Yes    _X_ No

    f.    Any other sources:    ___ Yes    _X_ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)?    ___ Yes   _X_ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes   _X_ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?    ___ Yes   _X_ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.    NONE

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

April 8th 2008            David R. Barr
DATE                        SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 0 on account to his/her credit at Pleasant Valley State Prison (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ 22.51. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ 17.02.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

4/9/08
DATE                        SIGNATURE OF AUTHORIZED OFFICER

```
REPORT ID: TS3030 .701                CALIFORNIA DEPARTMENT OF CORRECTIONS            REPORT DATE: 04/09/08
                                       PLEASANT VALLEY STATE PRISON                   PAGE NO:          1
                                       INMATE TRUST ACCOUNTING SYSTEM
                                       INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: OCT. 09, 2007 THRU APR. 09, 2008

ACCOUNT NUMBER  : H69204                                      BED/CELL NUMBER: AFB3T100000120U
ACCOUNT NAME    : BARR, DAVID LOREN                           ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                                    TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE   DESCRIPTION           COMMENT        CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

10/09/2007    BEGINNING BALANCE                                                              0.00
10/17 D300   CASH DEPOSIT          2502 MR                       100.00                    100.00
ACTIVITY FOR 2008
03/07 W700   IWF SP SURCHA         2768SECURK                                   6.92        93.08
03/07 W350   SPECIAL PURCH         2768SECURK 202054905                        69.20        23.88
01/08 FC01   DRAW-FAC 1            2801 FAC A                                  23.88         0.00
01/24 D200   CASH DEPOSIT-         3027SECURE                      2.10                      2.10
01/24 W905   REVERSE IWF S         3027REVIWF                                   0.21-        2.31
04/04 FR01   CANTEEN RETUR         703166                                      23.88-       26.19
02/06 FC01   DRAW-FAC 1            3264 FACA                                   26.19         0.00

                                 TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
    0.00        102.10        102.10         0.00        0.00          0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
TRUST OFFICE

4-9-08