FILED
08 JUN -6 PM 2: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,
　　　　　　　Plaintiff,

vs.

_____,
　　　　　　　Defendant.

CV 08 2342 MHP

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, David L. Barr, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __No Job in Past 12 Years__
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or           Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,        Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                    Yes ___ No ✓
14      d.   Pensions, annuities, or           Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?           ⦵           Yes ___ No ✓
24  Spouse's Full Name: ⦵
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:   ⦵
27  Gross $_____⦵_____ Net $_____⦵_____
28  4.   a.   List amount you contribute to your spouse's support:$ ⦵

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No __✓__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No __✓__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ____
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _0.00_         Utilities: _0.00_
23 Food: $ _0.00_         Clothing: _0.00_
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NO_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes____  No ⊗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  5-14-08                    David L. Barr
17   DATE                      SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

- 4 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

1
2
3
4
5
6
7
8
9
10
11

Case Number: CV-08 2342 MHP (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of David Bass H69204 [prisoner name] for the last six months Pleasant Valley State Prison [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 27.51 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 17.02 .

Dated: 5/20/08

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                    CALIFORNIA DEPARTMENT OF CORRECTIONS           REPORT DATE: 05/20/08
                                              PLEASANT VALLEY STATE PRISON                PAGE NO:         1
                                            INMATE TRUST ACCOUNTING SYSTEM
                                            INMATE TRUST ACCOUNT STATEMENT

                               FOR THE PERIOD: NOV. 20, 2007 THRU MAY 20, 2008

ACCOUNT NUMBER : H69204                                  BED/CELL NUMBER: AFB3T100000120U
ACCOUNT NAME   : BARR, DAVID LOREN                       ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                         TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION           COMMENT         CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE

11/20/2007   BEGINNING BALANCE                                                            0.00
   ACTIVITY FOR 2008
12/17  D300  CASH DEPOSIT          2502 MR                      100.00                  100.00
01/07  W700  IWF SP SURCHA  2768SECURK                                        6.92       93.08
01/07  W350  SPECIAL PURCH  2768SECURK  202054905                            69.20       23.88
01/08  FC01  DRAW-FAC 1     2801 FAC A                                       23.88        0.00
01/24  D200  CASH DEPOSIT-  3027SECURE                            2.10                    2.10
01/24  W905  REVERSE IWF S  3027REVIWF                                        0.21-       2.31
02/04  FR01  CANTEEN RETUR  703166                                           23.88-      26.19
02/06  FC01  DRAW-FAC 1     3264 FACA                                        26.19        0.00

                                         TRUST ACCOUNT SUMMARY

       BEGINNING      TOTAL           TOTAL          CURRENT       HOLDS       TRANSACTIONS
        BALANCE      DEPOSITS      WITHDRAWALS       BALANCE      BALANCE      TO BE POSTED

         0.00         102.10         102.10            0.00         0.00           0.00

                                                                          CURRENT
                                                                        AVAILABLE
                                                                         BALANCE

                                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE  5/20/08

<u>PROOF OF SERVICE BY A STATE PRISONER</u> BY MAIL

I, **David Loren Barr H-69204**, declare:

That I am over 18 years of age, and (a party)/not a party to the attached herein cause of action, that I reside at Pleasant Valley State Prison, in the county of Fresno, California. My mailing address is: **P.O. Box 8501, Coalinga, California 93210**

On **JUNE 3, 2008**. I handed to prison officials for mailing, at the above address, on the exact date, the attached: **IN forma pauperis Application And Certified Trust Account Statement Case Number CV08 2342 MHP (PR)**

In a sealed envelope[s] with postage paid fully paid, addressed to the locations:
(A) **UNITED STATES DISTRICT COURT Northern DISTRICT OF CALIFORNIA**
(B) **450 Golden Gate Avenue San Francisco, California**
(C) **94102-3483**
(D) _____

I declare under penalty of perjury that the foregoing is true and correct. Executed this (**June**) day of ( **3** ), **2008** at Coalinga, California.

**David Loren Barr**
DECLARANT PRINTED NAME

*David L Barr*
DECLARANT SIGNATURE

PLEASANT VALLEY STATE PRISON
P.O. BOX 8501
COALINGA, CA. 93210

NAME: David Loren Barr
NUMBER: H-69204
HOUSING: A-3 120up

**STATE PRISON GENERATED MAIL**

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

(LEGAL MAIL)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California
94102-3483

9410233423 0004

02 1A
0004344659
MAILED FROM ZIP CODE 93210
$00.59⁰
JUN 04 2008
PITNEY BOWES

MHP

RECEIVED

08 JUN -6 PM 2: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Mail